# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1196

———————————————

DAMIEN B. FORD,

Appellant,

v.

FLORIDA HOSPITAL EAST
ORLANDO,

Appellee.

———————————————

On appeal from the Florida Commission on Human Relations.

May 28, 2019

PER CURIAM.

AFFIRMED. *See Marchman v. St. Anthony's Hosp., Inc.*, 152 So. 3d 830, 831 (Fla. 2d DCA 2014) (holding that the Florida Commission on Human Relations lacked jurisdiction over hospitals); *Crane v. Lifemark Hosp. of Fla., Inc.*, 149 So. 3d 718, 721 (Fla. 3d DCA 2014) (concluding that a hospital was not a covered establishment under the Florida Civil Rights Act). *See also Mena v. Lifemark Hosps. of Fla., Inc.*, Final Order No. 12-023, 2012 Fla. Div. Adm. Hear. LEXIS 253, *4 (FCHR May 16, 2012) (a hospital cafeteria cannot turn a hospital into a place of public accommodation), *aff'd, Mena v. Lifemark Hosps. of Fla., Inc.*, 109 So. 3d 787 (Fla. 1st DCA 2013).

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard S. Larson of Rick Larson Law, Winter Garden, for Appellant.

Craig S. Foels, Christian P. Trowbridge, and Dinelia Concepcion of Estes, Ingram, Foels & Gibbs, P.A., Maitland, for Appellee.